UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GOVERNMENT ACCOUNTABILITY & OVERSIGHT, | ) ) ) |
| Plaintiff, | ) ) Civil Action No. 18-1739 (TJK) |
| v. | ) ) ) |
| UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, | ) ) ) |
| Defendant. | ) ) ) |

### STIPULATION OF DISMISSAL WITH PREJUDICE

In accordance with Federal Rule of Civil Procedure 41(a) and a settlement agreement between the parties, Plaintiff Government Accountability & Oversight and Defendant United States Department of Health and Human Services stipulate and agree to dismissal of this action with prejudice.

Dated: April 19, 2019

/s/ Christopher C. Horner
Christopher C. Horner
D.C. Bar No. 440107
chris@chornerlaw.com
1489 Kinross Lane
Keswick, VA 22947
~~Washington, D.C. 20006~~
(202) 262-4458

*Attorney for Plaintiff*

Respectfully submitted,

JESSIE K. LIU
D.C. Bar No. 472845
United States Attorney

DANIEL F. VAN HORN
D.C. Bar No. 924092
Chief, Civil Division

By: /s/ Denise M. Clark   4/18/19
DENISE M. CLARK
D.C. Bar No. 479149
Assistant U.S. Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-6605
Denise.Clark@usdoj.gov

*Attorneys for Defendant*